Ian Ledlin
Phillabaum, Ledlin, Matthews
 & Sheldon, PLLC
421 W. Riverside Avenue, #900
Spokane, WA 99201
(509) 838-6055
Lawyer for Numerica Credit Union

Hon. Patricia C. Williams

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

MILLER, THOMAS J.

Debtor.

No. 07-00436-PCW13

FINDINGS OF FACT AND
CONCLUSIONS OF LAW

THIS MATTER having come before the Court on July 3, 2007, the Court, after having considered the files and pleadings herein, and the arguments of counsel, makes the following findings of fact:

The 2006 Polaris Sportsman 800 all terrain vehicle, VIN 4XAMH76A76A644835 ("ATV"), was purchased for non-consumer purposes.

Based upon the Court's findings of fact, the Court enters the following conclusions of law:

//
//
//
//
//

FINDINGS OF FACT AND CONCLUSIONS
OF LAW - 1

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 WEST RIVERSIDE, SUITE 900
SPOKANE, WASHINGTON 99201-0413
TELEPHONE (509) 838-6055

The co-debtor stay does not apply as to the ATV.

Presented by:

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC

IAN LEDLIN
Lawyer for Numerica Credit Union

F:\Users\IL\NCU\Miller, Thomas\Fndgs-Concl.wpd



07/09/2007 10:20:11 AM

Patricia C. Williams
Bankruptcy Judge

FINDINGS OF FACT AND CONCLUSIONS OF LAW - 2

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 WEST RIVERSIDE, SUITE 900
SPOKANE, WASHINGTON 99201-0413
TELEPHONE (509) 838-6055